B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kudlik, Randolph R.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kudlik, Donna L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4051** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3312** |
| Street Address of Debtor (No. and Street, City, and State):<br>**616 S. Prospect Avenue**<br>**Park Ridge, IL**<br>ZIP Code **60068** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**616 S. Prospect Avenue**<br>**Park Ridge, IL**<br>ZIP Code **60068** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Paul M. Bach 06209530 ***
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kudlik, Randolph R.** **Kudlik, Donna L.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kudlik, Randolph R.**<br>**Kudlik, Donna L.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Randolph R. Kudlik**
Signature of Debtor  **Randolph R. Kudlik**

X  **/s/ Donna L. Kudlik**
Signature of Joint Debtor  **Donna L. Kudlik**

Telephone Number (If not represented by attorney)

**September 13, 2010**
Date

### Signature of Attorney*

X  **/s/ Paul M. Bach**
Signature of Attorney for Debtor(s)

**Paul M. Bach 06209530**
Printed Name of Attorney for Debtor(s)

**Bach Law Offices**
Firm Name

**P.O. Box 1285**
**Northbrook, IL 60065**

Address

**Email: paul@bachoffices.com**
**(847) 564-0808  Fax: (847) 564-0985**
Telephone Number

**September 13, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Randolph R. Kudlik**
        **Donna L. Kudlik**                                  Case No.  _____

                                       Debtor(s)        Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                         Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Randolph R. Kudlik**

**Randolph R. Kudlik**

Date:    **September 13, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Randolph R. Kudlik**
**Donna L. Kudlik**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Donna L. Kudlik**
                        **Donna L. Kudlik**
Date:    **September 13, 2010**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Randolph R. Kudlik,**
      **Donna L. Kudlik**

Case No. _____

              **Debtors**

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 331,500.00 | | |
| B - Personal Property | Yes | 3 | 20,197.88 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 446,808.59 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 15,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | 690,881.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,224.56 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,352.00 |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 351,697.88 | | |
| Total Liabilities | | | | 1,152,689.83 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Randolph R. Kudlik,**          Case No. _____
       **Donna L. Kudlik**

_____,

                              Debtors          Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re   **Randolph R. Kudlik,**                                        Case No. _____
       **Donna L. Kudlik**
_____,
                                   Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **616 S. Prospect Avenue, Park Ridge, Illinois** | **Fee simple** | **J** | **331,500.00** | **446,808.59** |

|  |  |  |  |
|---|---|---|---|
| Sub-Total > | **331,500.00** | (Total of this page) | |
| Total > | **331,500.00** | | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Randolph R. Kudlik,**                                      Case No. _____
         **Donna L. Kudlik**
_____,
                                  Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 34.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking** | J | 128.74 |
| | | **TCF** | W | 5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books and Pictures** | J | 300.00 |
| 6. Wearing apparel. | | **Wearing Apparel** | J | 3,000.00 |
| 7. Furs and jewelry. | | **Jewerly** | J | 400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Sports Equipment** | J | 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Polish National Alliance Universal Life $50,000 (Randolph Kudlik)** | H | 2,600.00 |
| | | **Polish National Alliance Universal Life (Donna Kudlik)** | W | 2,892.14 |
| | | **Prudential Life Face value $500.00 Term** | H | 1,228.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **12,887.88**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Randolph R. Kudlik,**                                                    Case No. _____
         **Donna L. Kudlik**
                                                                      ,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Innovative Printing, Inc (Not operating and has assets)** | J | 0.00 |
| | | **Internet Ebay Selling** | J | 100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        100.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Randolph R. Kudlik,**
         **Donna L. Kudlik**                                              Case No. _____

                                                    _____,
                                                      Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **2 Illinois Drivers Licenses** | J | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Dodge Caravan SE 4dr Minivan 133541 miles** | J | 2,400.00 |
| | | **2000 Ford Explorer XL 4dr SUV 88000 miles** | J | 2,400.00 |
| | | **1999 Mercury Mountaineer 4dr SUV** | J | 2,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 cats** | J | 10.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 7,210.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 20,197.88 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Randolph R. Kudlik,**              Case No. _____
        **Donna L. Kudlik**

_____ ,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                        $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **616 S. Prospect Avenue, Park Ridge, Illinois** | **735 ILCS 5/12-901** | **30,000.00** | **331,500.00** |
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **34.00** | **34.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Checking** | **735 ILCS 5/12-1001(b)** | **128.74** | **128.74** |
| **TCF** | **735 ILCS 5/12-1001(b)** | **5.00** | **5.00** |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books and Pictures** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Wearing Apparel** | | | |
| **Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **3,000.00** | **3,000.00** |
| **Furs and Jewelry** | | | |
| **Jewerly** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Sports Equipment** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Interests in Insurance Policies** | | | |
| **Polish National Alliance Universal Life $50,000 (Randolph Kudlik)** | **735 ILCS 5/12-1001(f)** <br> **735 ILCS 5/12-1001(h)(3)** | **2,600.00** <br> **2,600.00** | **2,600.00** |
| **Polish National Alliance Universal Life (Donna Kudlik)** | **735 ILCS 5/12-1001(f)** <br> **735 ILCS 5/12-1001(h)(3)** | **2,892.14** <br> **2,982.14** | **2,892.14** |
| **Prudential Life Face value $500.00 Term** | **735 ILCS 5/12-1001(f)** <br> **735 ILCS 5/12-1001(h)(3)** | **1,228.00** <br> **0.00** | **1,228.00** |
| **Stock and Interests in Businesses** | | | |
| **Internet Ebay Selling** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Dodge Caravan SE 4dr Minivan 133541 miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **2,400.00** |
| **2000 Ford Explorer XL 4dr SUV 88000 miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **2,400.00** |
| **1999 Mercury Mountaineer 4dr SUV** | **735 ILCS 5/12-1001(b)** | **2,400.00** | **2,400.00** |
| **Animals** | | | |
| **2 cats** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| | Total: | **55,780.02** | **351,697.88** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Randolph R. Kudlik,**
　　　**Donna L. Kudlik,**
　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5411**<br><br>**Chase Home Finance, LLC**<br>**C/O C T CORPORATION SYSTEM**<br>**208 S. LaSalle St., Suite 814**<br>**Chicago, IL 60604** | | J | **First Mortgage**<br><br>**616 S. Prospect Avenue, Park Ridge, Illinois**<br><br>Value $　　　　**331,500.00** | | | | **223,343.59** | **0.00** |
| Account No.<br><br>**Chase Home Finance**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** | | | **Representing:**<br>**Chase Home Finance, LLC**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**Chase Home Finance**<br>**P.O. Box 9001871**<br>**Louisville, KY 40290-1871** | | | **Representing:**<br>**Chase Home Finance, LLC**<br><br>Value $ | | | | **Notice Only** | |
| Account No. **xxxxxx2865**<br><br>**Chase Home Finance, LLC**<br>**C/O C T CORPORATION SYSTEM**<br>**208 S. LaSalle St., Suite 814**<br>**Chicago, IL 60604** | | J | **Second Mortgage/Business**<br><br>**616 S. Prospect Avenue, Park Ridge, Illinois**<br><br>Value $　　　　**331,500.00** | | | | **223,465.00** | **115,308.59** |

　　**1**　 continuation sheets attached

　　　　　　　　　　　　　　　　　　　Subtotal　　　　　　**446,808.59**　　**115,308.59**
　　　　　　　　　　　　　　　　　(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re **Randolph R. Kudlik,**
      **Donna L. Kudlik**

Case No. _____

_____,
                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Chase Home Finance**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | | | **Representing:**<br>**Chase Home Finance, LLC**<br><br>Value $ | | | | **Notice Only** | |
| Account No. <br><br>**Chase Home Finance**<br>**P.O. Box 9001871**<br>**Louisville, KY 40290-1871** | | | **Representing:**<br>**Chase Home Finance, LLC**<br><br>Value $ | | | | **Notice Only** | |
| Account No. <br><br>**Tate & Kirlin Assoc**<br>**2810 Southhampton Rd**<br>**Philadelphia, PA 19154** | | | **Representing:**<br>**Chase Home Finance, LLC**<br><br>Value $ | | | | **Notice Only** | |
| Account No. **xx-xx-xxx-xxx-0000** <br><br>**Cook County Treasurer**<br>**118 N. Clark**<br>**Chicago, IL 60602** | | J | **First Installment Paid via Escrow**<br><br>**Real Estate Taxes**<br><br>**616 S. Prospect Avenue, Park Ridge, Illinois**<br><br>Value $                   **331,500.00** | | | | **0.00** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br>Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **0.00** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **446,808.59** | **115,308.59** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re   **Randolph R. Kudlik,**                                          , Case No. _____
        **Donna L. Kudlik**

_____ ,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     **Randolph R. Kudlik,**
          **Donna L. Kudlik**                                              Case No. _____

_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794** | | J | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section 100 W. Randolph Street Chicago, IL 60606** | | | **Representing: Illinois Department of Revenue** | | | | **Notice Only** | | |
| Account No. | | | **Employment Taxes** | | | | | | |
| **Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | | J | | | | | | 15,000.00 | |
| | | | | | | | 15,000.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**   of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 15,000.00 | |
|---|---|---|---|
| (Total of this page) | | 15,000.00 | 0.00 |
| Total | | 15,000.00 | |
| (Report on Summary of Schedules) | | 15,000.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Randolph R. Kudlik,**
**Donna L. Kudlik,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx2602 <br><br> **ABT TV/GEMB** <br> **GE Money Bank** <br> **P.O. Box 960061** <br> **Orlando, FL 32896** | | J | | | | | **5,095.46** |
| Account No. <br><br> **GE Money Bank** <br> **P.O. Box 981127** <br> **El Paso, TX 79998-1127** | | | **Representing:** <br> **ABT TV/GEMB** | | | | **Notice Only** |
| Account No. <br><br> **GE Money Bank** <br> **P.O. Box 981438** <br> **El Paso, TX 79998-1438** | | | **Representing:** <br> **ABT TV/GEMB** | | | | **Notice Only** |
| Account No. <br><br> **Neuheisel Law Firm, P.C.** <br> **64 East Broadway Road Suite 245** <br> **Tempe, AZ 85282-1355** | | | **Representing:** <br> **ABT TV/GEMB** | | | | **Notice Only** |

__31__ continuation sheets attached

Subtotal
(Total of this page) **5,095.46**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:38122-091116    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Randolph R. Kudlik,**
    **Donna L. Kudlik**                      Case No. _____

                                              ,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Pentagroup Financial, LLC** **5959 Corporate Dr, Suite 1400** **Houston, TX 77036** | | | | | Representing: **ABT TV/GEMB** | | | | **Notice Only** |
| Account No. **xxxxx-xxxxxx2038** | | | | | | | | | |
| **Ambit Energy** **P.O. Box 660462** **Dallas, TX 75266** | | J | | | | | | | **722.47** |
| Account No. | | | | | | | | | |
| **Transworld Systems Inc.** **P.O. Box 1864** **Santa Rosa, CA 95402** | | | | | Representing: **Ambit Energy** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Transworld Systems, Inc.** **25 Northwest Point Blvd #750** **Elk Grove Village, IL 60007** | | | | | Representing: **Ambit Energy** | | | | **Notice Only** |
| Account No. **xxxxx6756** | | | | | | | | | |
| **AT & T Mobility** **P.O. Box 6428** **Carol Stream, IL 60197-6428** | | J | | | | | | | **246.56** |

Sheet no. __1__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                                  (Total of this page)     **969.03**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**
       **Donna L. Kudlik**                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AT & T Mobility** **5020 Ash Grove Road** **Springfield, IL 62711-6329** | | | Representing: AT & T Mobility | | | | **Notice Only** |
| Account No. **xxxxxxxxx 267 4** | | | | | | | |
| **AT&T** **PO Box 8100** **Aurora, IL 60507** | X | H | | | | | **807.63** |
| Account No. **xxxxx6621** | | | | | | | |
| **AT&T Mobility** **5020 Ash Grove Road** **Springfield, IL 62711-6329** | X | H | | | | | **922.95** |
| Account No. | | | | | | | |
| **AT&T Mobility** **P.O. Box 6428** **Carol Stream, IL 60197-6428** | | | Representing: AT&T Mobility | | | | **Notice Only** |
| Account No. **xxx-xxxxxx7-001** | | | Guarantor of Leases | | | | |
| **Bank of the West** **475 Sancome Street** **San Francisco, CA 94111** | X | H | | | | | **48,413.93** |

Sheet no. __2__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **50,144.51**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**
　　　**Donna L. Kudlik**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Law Offices of Deborah S. Ashen** **217 North Jefferson Street # 600** **Chicago, IL 60611** | | | | Representing: **Bank of the West** | | | | **Notice Only** |
| Account No. **3847** | | | | | | | | |
| **Cadore-Miller Printing** **C/O PII Credit Bureau, Inc.** **70 East Lake Street** **Chicago, IL 60601** | X | H | | | | | | **2,574.19** |
| Account No. | | | | | | | | |
| **Canon Business Solutions Central** **C/O ChaetKaplanBaim Firm** **30 North LaSalle Street Suite 1520** **Chicago, IL 60602** | X | H | | | | | | **9,395.22** |
| Account No. **xxxx-xxxx-xxxx-7726** | | | | | | | | |
| **Capital One Bank** **P.O. Box 6492** **Carol Stream, IL 60197-6492** | X | H | | | | | | **1,900.71** |
| Account No. | | | | | | | | |
| **Blatt Hasenmiller** **125 S WACKER DR #400** **Chicago, IL 60606** | | | | Representing: **Capital One Bank** | | | | **Notice Only** |

Sheet no. __3__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,870.12**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**
       **Donna L. Kudlik**                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Capitol One Bank** **P.O. Box 30285** **Salt Lake City, UT 84130-0285** | | | | Representing: **Capital One Bank** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-6508** | | | | | | | | |
| **Capiton One Bank** **P.O. Box 6492** **Carol Stream, IL 60197-6492** | X | H | | | | | | **1,290.25** |
| Account No. | | | | | | | | |
| **Blatt Hasenmiller** **125 S WACKER DR #400** **Chicago, IL 60606** | | | | Representing: **Capiton One Bank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Capital One** **P.O. Box 30285** **Salt Lake City, UT 84130-0285** | | | | Representing: **Capiton One Bank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Capital One** **P.O. Box 70886** **Charlotte, NC 28272-9903** | | | | Representing: **Capiton One Bank** | | | | **Notice Only** |

Sheet no. __4__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,290.25**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**
       **Donna L. Kudlik**                                        Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **GC Services Limited Partnership PO Box 2667 Houston, TX 77252-2667** | | | | Representing: **Capiton One Bank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **GC Services Limited Partnership 6330 Gulfton Houston, TX 77081** | | | | Representing: **Capiton One Bank** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-7306** | | | | | | | | |
| **Charter One P.O. Box 9665 Providence, RI 02940-9665** | X | J | | | | | | **10,307.96** |
| Account No. | | | | | | | | |
| **Charter One P.O. Box 18920 Bridgeport, CT 06601-8290** | | | | Representing: **Charter One** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-2031** | | | | | | | | |
| **Chase P.O. Box 15153 Wilmington, DE 19886-5153** | | W | | | | | | **1,108.47** |

Sheet no. __5__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **11,416.43**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**
         **Donna L. Kudlik**                                         Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Associated Recovery Systems PO Box 469046 Escondido, CA 92046** | | | | **Representing: Chase** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Associated Recovery Systems P.O. Box 1259 Oaks, PA 19456** | | | | **Representing: Chase** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Chase P.O. Box 15298 Wilmington, DE 19850-5298** | | | | **Representing: Chase** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Redline Recovery Services, LLC 6201 Bonhomme Street Suite 100S Houston, TX 77036** | | | | **Representing: Chase** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Redline Recovery Services, LLC 11675 Rainwater Drive Suite 350 Alpharetta, GA 30009-8693** | | | | **Representing: Chase** | | | | **Notice Only** |

Sheet no. __6__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**
    **Donna L. Kudlik**    Case No. _____

_____,
               Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Valentine & Kebartas, Inc.**<br>**PO Box 325**<br>**Lawrence, MA 01842** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No.<br>**Valentine & Kebartas, Inc.**<br>**P.O. Box 5804**<br>**Troy, MI 48007-5804** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-5620**<br>**Citi Cards**<br>**PO Box 6415**<br>**The Lakes, NV 88901** | | J | | | | | **10,766.85** |
| Account No.<br>**LVNV Funding LLC**<br>**P.O. Box 10497**<br>**Greenville, SC 29603** | | | **Representing:**<br>**Citi Cards** | | | | **Notice Only** |
| Account No.<br>**Mercantile**<br>**P.O. Box 9016**<br>**Buffalo, NY 14231-9016** | | | **Representing:**<br>**Citi Cards** | | | | **Notice Only** |

Sheet no. __7__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,766.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randolph R. Kudlik,**    Case No. _____
     **Donna L. Kudlik**
_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9920** <br><br> **Citi Cards** <br> **P.O. Box 688901** <br> **Des Moines, IA 50368-8901** | | H | | | | | | **44,001.81** |
| Account No. <br><br> **Accounts Receivable MG** <br> **155 Mid Atlantic Parkway** <br> **Thorofare, NJ 08086** | | | | Representing: <br> Citi Cards | | | | **Notice Only** |
| Account No. <br><br> **Accounts Receivable MG** <br> **P.O. Box 561** <br> **Thorofare, NJ 08086-0561** | | | | Representing: <br> Citi Cards | | | | **Notice Only** |
| Account No. <br><br> **Citi Cards** <br> **P.O. Box 6000** <br> **The Lakes, NV 89163-6000** | | | | Representing: <br> Citi Cards | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxxx7103** <br><br> **Comcast** <br> **1255 W. North Avenue** <br> **Chicago, IL 60622** | X | H | | | | | | **300.00** |

Sheet no. __8__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **44,301.81**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randolph R. Kudlik,**
**Donna L. Kudlik**                                                      Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Comcast** **P.O. Box 3002** **Southeastern, PA 19398-3002** | | | | Representing: **Comcast** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Credit Protection Association** **13355 Noel Road** **Dallas, TX 75240** | | | | Representing: **Comcast** | | | | **Notice Only** |
| Account No. **xxxxxx3002** | | | | | | | | |
| **Comed** **P.O. Box 6111** **Carol Stream, IL 60197-6111** | **X** | **J** | | | | | | **283.78** |
| Account No. | | | | | | | | |
| **CommEd** **Bill Payment Center** **Chicago, IL 60668-0001** | | | | Representing: **Comed** | | | | **Notice Only** |
| Account No. **xxxxxx5042** | | | | | | | | |
| **CommEd** **Bill Payment Center** **Chicago, IL 60668-0001** | **X** | **J** | | | | | | **325.85** |

Sheet no. __**9**___ of __**31**___ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)                **609.63**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Randolph R. Kudlik,**              Case No. _____
       **Donna L. Kudlik**

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Comed**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | | | Representing:<br>**CommEd** | | | | **Notice Only** |
| Account No. **xxx-xxxxxx3-002**<br><br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** | **X** | **H** | | | | | | **1,500.00** |
| Account No.<br><br>**Dell**<br>**Dept50-0049111670**<br>**PO Box 9020**<br>**Des Moines, IA 50368** | | | | Representing:<br>**Dell Financial Services** | | | | **Notice Only** |
| Account No. **xxx-xxxxxx3-003**<br><br>**Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** | **X** | **H** | | | | | | **1,500.00** |
| Account No.<br><br>**Dell Financial**<br>**PO Box 81577**<br>**Austin, TX 78708-1577** | | | | Representing:<br>**Dell Financial Services** | | | | **Notice Only** |

Sheet no. _**10**_ of _**31**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
      (Total of this page)       **3,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**                                          Case No. _____
         **Donna L. Kudlik**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx3-004** | | | | | | | |
| **Dell Financial Services** P.O. Box 5292 Carol Stream, IL 60197-5292 | X | H | | | | | **1,500.00** |
| Account No. | | | | | | | |
| **Dell Financial** PO Box 81577 Austin, TX 78708-1577 | | | Representing: **Dell Financial Services** | | | | **Notice Only** |
| Account No. **xxx-xxxxxx3-005** | | | | | | | |
| **Dell Financial Services** P.O. Box 5292 Carol Stream, IL 60197-5292 | X | H | | | | | **1,500.00** |
| Account No. | | | | | | | |
| **Dell Financial** PO Box 81577 Austin, TX 78708-1577 | | | Representing: **Dell Financial Services** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Diagnstic Imaging Assoc** P.O. Box 68 Northbrook, IL 60065-0068 | | J | | | | | **569.00** |

Sheet no. __11__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,569.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**                                                    Case No. _____
         **Donna L. Kudlik**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **ICS Collection Service <br> PO Box 1010 <br> Tinley Park, IL 60477-9110** | | | | Representing: <br> **Diagnstic Imaging Assoc** | | | | **Notice Only** |
| Account No. <br><br> **Direct Capital Corporation <br> 155 Commerce Way <br> Portsmouth, NH 03801** | X | H | | | | | X | **85,124.00** |
| Account No. <br><br> **COSTON & RADEMACHER <br> 105 W. Adams #1400 <br> Chicago, IL 60603** | | | | Representing: <br> **Direct Capital Corporation** | | | | **Notice Only** |
| Account No. <br><br> **MASUDA FUNAI EIFERT <br> 203 N. LaSalle Street <br> Chicago, IL 60601** | | | | Representing: <br> **Direct Capital Corporation** | | | | **Notice Only** |
| Account No. **5398** <br><br> **Discover Card <br> P.O. Box 30395 <br> Salt Lake City, UT 84130-0395** | | J | | | | | | **20,731.29** |

Sheet no. __**12**__ of __**31**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **105,855.29**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Randolph R. Kudlik,**
**Donna L. Kudlik**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Baker, Miller, Markoff & Krasny, LL** **29 N. Wacker Dr, 5th Flor** **Chicago, IL 60606** | | | | Representing: Discover Card | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Discover** **P.O. Box 6103** **Carol Stream, IL 60197-6103** | | | | Representing: Discover Card | | | | **Notice Only** |
| Account No.  **xxx-xxxxxxx9-001** | | | | | | | | |
| **Dolphin Capital Corporation** **P.O. Box 644006** **Cincinnati, OH 45264-4006** | X | H | | | | | | **4,021.48** |
| Account No. | | | | Personal Guarantee | | | | |
| **Financial Pacific Leasing, LLC** **P.O. Box 4568** **Federal Way, WA 98063** | X | J | | | | | | **80,752.12** |
| Account No. | | | | | | | | |
| **Askounis & Darcy, P.C.** **401 N. Michigan Avenue Suite 550** **Chicago, IL 60611** | | | | Representing: Financial Pacific Leasing, LLC | | | | **Notice Only** |

Sheet no. __**13**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**84,773.60**

B6F (Official Form 6F) (12/07) - Cont.

In re **Randolph R. Kudlik,**       Case No. _____
     **Donna L. Kudlik**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Financial Pacific Leasing,** <br> **Dep 354** <br> **P.O. Box 34935** <br> **Seattle, WA 98124-1935** | | | **Representing:** <br> **Financial Pacific Leasing, LLC** | | | | **Notice Only** |
| Account No. **xxx-xxxxxx5-001** <br><br> **Five Point Capital** <br> **C/O Sterling Bank Leasing** <br> **P.O. Box 1570** <br> **New York, NY 10008-1570** | X | J | | | | | **94,426.40** |
| Account No. <br><br> **Ellen Michele Stern** <br> **17630 El Mineral Rd** <br> **Perris, CA 92570** | | | **Representing:** <br> **Five Point Capital** | | | | **Notice Only** |
| Account No. <br><br> **Five Point Capital** <br> **10525 Vista Sorrento Pkwy** <br> **San Diego, CA 92121** | | | **Representing:** <br> **Five Point Capital** | | | | **Notice Only** |
| Account No. <br><br> **Frank J. Baker & Co, Ltd** <br> **950 Lee Street Suite 101** <br> **Des Plaines, IL 60016** | | J | | | | | **615.00** |

Sheet no. __14__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal    **95,041.40**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**                                          Case No. _____
      **Donna L. Kudlik**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Frank J. Baker & Co, Ltd** <br> **950 Lee Street Suite 101** <br> **Des Plaines, IL 60016** | X | H | | | | | **10,711.17** |
| Account No. <br><br> **GE Money Bank** <br> **P.O. Box 981127** <br> **El Paso, TX 79998-1127** | | H | | | | | **5,243.92** |
| Account No. <br><br> **GE Money Bank** <br> **P.O. Box 960061** <br> **Orlando, FL 32896-0061** | | | **Representing:** <br> **GE Money Bank** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Managment, Inc.** <br> **Illinois Corporation Servcie** <br> **801 Adlai Stevenson Drive** <br> **Springfield, IL 62703** | | | **Representing:** <br> **GE Money Bank** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Managment, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060-0578** | | | **Representing:** <br> **GE Money Bank** | | | | **Notice Only** |

Sheet no. __15__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)      **15,955.09**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**
        **Donna L. Kudlik**
                                                                                    Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxxxxx4181** | | | | | | | | | |
| **GECC C/O Jacob Collection Group, LLC 2623 West Oxford Loop Oxford, MS 38655-5442** | | H | | | | | | | 7,584.61 |
| Account No. | | | | | | | | | |
| **Jacob Collection Group, LLC P.O. Box 948 Oxford, MS 38655-5442** | | | | | Representing: GECC | | | | Notice Only |
| Account No. | | | | | **Personal Guarantee** | | | | |
| **Greystone Equipment Financing C/O 25 East Washington Suite 1000 Chicago, IL 60602** | X | H | | | | | | | 36,733.50 |
| Account No. | | | | | | | | | |
| **Greystone Equipment Finance 654 Amherst Road Suite 334 Sunderland, MA 01375** | | | | | Representing: Greystone Equipment Financing | | | | Notice Only |
| Account No. | | | | | | | | | |
| **Robbins, Salomon & Patt, Ltd 25 East Washington Street Suite 100 Chicago, IL 60602** | | | | | Representing: Greystone Equipment Financing | | | | Notice Only |

Sheet no. __16__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,318.11

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Randolph R. Kudlik,**                                                    Case No. _____
       **Donna L. Kudlik**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx8185** | | | | | | | |
| **Hinkley Springs** **P.O. Box 660579** **Dallas, TX 75266-0579** | X | H | | | | | **250.00** |
| Account No. | | | | | | | |
| **Collection Bureau of America** **P.O. Box 5013** **Hayward, CA 94540-5013** | | | Representing: **Hinkley Springs** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx8159** | | | | | | | |
| **Home Depot Credit Services** **P.O. Box 6029** **The Lakes, NV 88901-6029** | X | J | | | | | **3,646.11** |
| Account No. | | | | | | | |
| **Home Depot Credit Services** **P.O. Box 689100** **Des Moines, IA 50368-9100** | | | Representing: **Home Depot Credit Services** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Intra Cut Diecutting** **5559 N. Northwest Highway** **Chicago, IL 60630** | X | J | | | | | **1,713.65** |

Sheet no. __17__ of __31__ sheets attached to Schedule of                         Subtotal            **5,609.76**
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**  Case No. _____
       **Donna L. Kudlik**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-x18-11** <br><br> **JCPenney** <br> **PO Box 981131** <br> **El Paso, TX 79998-1131** | | J | | | | | 6,014.49 |
| Account No. <br><br> **GE Money Bank** <br> **P.O. Box 960001** <br> **Orlando, FL 32896-0001** | | | **Representing:** <br> **JCPenney** | | | | Notice Only |
| Account No. <br><br> **JC Penny** <br> **P.O. Box 960090** <br> **Orlando, FL 32896-0090** | | | **Representing:** <br> **JCPenney** | | | | Notice Only |
| Account No. <br><br> **Josephine Verdone** <br> **7450 W. Belmont Avenue** <br> **Chicago, IL 60634** | | H | | | | | 15,000.00 |
| Account No. **9965** <br><br> **Juniper** <br> **Card Services** <br> **PO Box 8833** <br> **Wilmington, DE 19899-8833** | | H | | | | | 2,585.20 |

Sheet no. __18__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 23,599.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**
 **Donna L. Kudlik**                                                     Case No. _____

                                                                           ,
                                               Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Capital Management Services LP** **726 Exchange Street Suite 700** **Buffalo, NY 14210** | | | **Representing:** **Juniper** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Card Services** **P.O. Box 13337** **Philadelphia, PA 19101-3337** | | | **Representing:** **Juniper** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **CollectCorp** **P.O. Box 101928** **Birmingham, AL 35210-1928** | | | **Representing:** **Juniper** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **CollectCorp Corporation** **455 North 3rd Street, Suite 260** **Phoenix, AZ 85004-3924** | | | **Representing:** **Juniper** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Encore Receivable Management Inc** **P.O. Box 3330** **Olathe, KS 66063-3330** | | | **Representing:** **Juniper** | | | | **Notice Only** |

Sheet no. __**19**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**    Case No. _____
     **Donna L. Kudlik,**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Encore Receivables** <br> **400 North Rogers Road** <br> **Olathe, KS 66062** | | | | **Representing:** <br> **Juniper** | | | | **Notice Only** |
| Account No. <br><br> **Firstsource** <br> **205 Bryant Woods South** <br> **Buffalo, NY 14228** | | | | **Representing:** <br> **Juniper** | | | | **Notice Only** |
| Account No. <br><br> **FirstSource Advantage LLC** <br> **P.O. Box 628** <br> **Buffalo, NY 14240-0628** | | | | **Representing:** <br> **Juniper** | | | | **Notice Only** |
| Account No. <br><br> **Remitco Card Services** <br> **Lock Box 913337** <br> **2080 Cabot Boulevard West** <br> **Langhorne, PA 19047** | | | | **Representing:** <br> **Juniper** | | | | **Notice Only** |
| Account No. <br><br> **K & M Printing Co** <br> **1410 North Meacham Road** <br> **Schaumburg, IL 60173** | X | H | | | | | | **2,705.00** |

Sheet no. __20__ of __31__ sheets attached to Schedule of    Subtotal    | **2,705.00** |
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**
**Donna L. Kudlik**                                                                 Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx-xxx-780-0** <br><br> **Macy's** <br> **P.O. Box 689195** <br> **Des Moines, IA 50368-9195** | | W | | | | | 952.38 |
| Account No. <br><br> **Capital Management Services LP** <br> **726 Exchange Street Suite 700** <br> **Buffalo, NY 14210** | | | **Representing:** <br> **Macy's** | | | | Notice Only |
| Account No. <br><br> **Van Ru Credit Corporation** <br> **1350 E. Touhy Ave** <br> **Suite 100e** <br> **Des Plaines, IL 60018-3307** | | | **Representing:** <br> **Macy's** | | | | Notice Only |
| Account No. <br><br> **Van Ru Credit Corporation** <br> **P.O. Box 46549** <br> **Chicago, IL 60646-0549** | | | **Representing:** <br> **Macy's** | | | | Notice Only |
| Account No. **xx-xxx-xxx-616-0** <br><br> **Macy's** <br> **P.O. Box 689195** <br> **West Des Moines, IA 50398-9195** | | J | | | | | 7,001.42 |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,953.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**
　　　　 **Donna L. Kudlik**                                                Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，
　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| NCO Financial Systems P.O. Box 15889 Wilmington, DE 19850-5889 | | | | Representing: Macy's | | | | Notice Only |
| Account No. | | | | | | | | |
| NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | | | Representing: Macy's | | | | Notice Only |
| Account No. | | | | | | | | |
| Northland Group Inc. P.O. Box 390846 Minneapolis, MN 55439 | | | | Representing: Macy's | | | | Notice Only |
| Account No. | | | | | | | | |
| Van Ru Credit Corporation 1350 E. Touhy Ave Suite 100e Des Plaines, IL 60018-3307 | | | | Representing: Macy's | | | | Notice Only |
| Account No. **xxxx x1 456** | J | | | | | | | |
| Nordstrom P.O. Box 79134 Phoenix, AZ 85062-9134 | | | | | | | | 2,338.24 |

Sheet no. __22__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,338.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**
      **Donna L. Kudlik**                            Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **Creditors Financial Group, LLC** **PO Box 440290** **Aurora, CO 80044** | | | | Representing: Nordstrom | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Nordstrom FSB** **Attn: Bankruptcy Department** **PO Box 6566** **Englewood, CO 80155** | | | | Representing: Nordstrom | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Northwest Orthopaedic Assoc** **7447 W. Talcott  500** **Chicago, IL 60631** | | J | | | | | | **835.30** |
| **Account No.** | | | | | | | | |
| **Delinquency Prevention Services,Inc** **223 W. Jackson Blvd.** **Chicago, IL 60606** | | | | Representing: Northwest Orthopaedic Assoc | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Merchants Credit Guide Co** **P.O. Box 1259** **Oaks, PA 19456** | | | | Representing: Northwest Orthopaedic Assoc | | | | **Notice Only** |

Sheet no. __23__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **835.30**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**  
       **Donna L. Kudlik**                                    Case No. _____

_____,  
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Merchants Credit Guide Co** **223 W. Jackson Blvd** **Chicago, IL 60606** | | | Representing: **Northwest Orthopaedic Assoc** | | | | **Notice Only** |
| Account No. **x2885** | | | | | | | |
| **Parkside Imaging** **400 W. Higgins** **Park Ridge, IL 60068** | | J | | | | | **79.80** |
| Account No. | | | | | | | |
| **NCO Financial Systems, Inc.** **507 Prudential Road** **Horsham, PA 19044** | | | Representing: **Parkside Imaging** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **PMRC Services LLC** **1875 Dempster Suite G06** **Park Ridge, IL 60068-1115** | | | Representing: **Parkside Imaging** | | | | **Notice Only** |
| Account No. **xxxxxx0069** | | | | | | | |
| **Resurection Health Care** **7435 West Talcott Avenue** **Chicago, IL 60631** | | J | | | | | **251.49** |

Sheet no. __24__ of __31__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)                **331.29**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**
       **Donna L. Kudlik**                                                      Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Illinois Collection Service Inc.** **P.O. Box 1010** **Tinley Park, IL 60477-9110** | | | | | Representing: **Resurection Health Care** | | | | **Notice Only** |
| Account No. **xxxxxxx0294** | | | | | | | | | |
| **Resurection Health Care** **7435 West Talcott Avenue** **Chicago, IL 60631** | | | J | | | | | | 3,576.75 |
| Account No. **xxxxxxx242-1** | | | | | | | | | |
| **Sallie Mae** **PO Box 9500** **Wilkes Barre, PA 18773-9500** | | H | | | | | | | 39,000.00 |
| Account No. | | | | | | | | | |
| **Sallie Mae** **11100 USA PKWY** **Fishers, IN 46037** | | | | | Representing: **Sallie Mae** | | | | **Notice Only** |
| Account No. **xxx x xx xxxxxx8995** | | | | | | | | | |
| **Sam's Club** **P.O. Box 530942** **Atlanta, GA 30353** | | W | | | | | | | 4,592.73 |

Sheet no. __25__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **47,169.48**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**                                           Case No. _____
       **Donna L. Kudlik,**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **CAC Financial** **2601 NW Expressway, Suite 1000 East** **Oklahoma City, OK 73112-7236** | | | | Representing: Sam's Club | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Encore Receivable Management Inc** **P.O. Box 3330** **Olathe, KS 66063-3330** | | | | Representing: Sam's Club | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Encore Receivables** **400 North Rogers Road** **Olathe, KS 66062** | | | | Representing: Sam's Club | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **NCO Financial Systems** **P.O. Box 15740** **Wilmington, DE 19850-5740** | | | | Representing: Sam's Club | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **NCO Financial Systems, Inc.** **507 Prudential Road** **Horsham, PA 19044** | | | | Representing: Sam's Club | | | | **Notice Only** |

Sheet no. __26__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**                                                      Case No. _____
         **Donna L. Kudlik**
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Portfolio Recovery Associates, LLC** **PO Box 12914** **Norfolk, VA 23541** | | | | **Representing:** **Sam's Club** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sam's Club** **P.O. Box 981064** **El Paso, TX 79998** | | | | **Representing:** **Sam's Club** | | | | **Notice Only** |
| Account No. **xxx x xx xxxxxxx5620** | | | | | | | | |
| **Sam's Club** **P.O. Box 530981** **Atlanta, GA 30353-0981** | X | H | | | | | | **6,413.57** |
| Account No. | | | | | | | | |
| **GE Money Bank** **P.O. Box 981127** **El Paso, TX 79998-1127** | | | | **Representing:** **Sam's Club** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 5620** | | | | | | | | |
| **Sears Gold Mastercard** **P.O. Box 183082** **Columbus, OH 43218-3082** | | J | | | | | | **10,678.57** |

Sheet no. __27__ of __31__ sheets attached to Schedule of                    Subtotal             **17,092.14**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**    Case No. _____
**Donna L. Kudlik,**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Citi** **P.O. Box 6286** **Sioux Falls, SD 57117** | | | Representing: **Sears Gold Mastercard** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Citi Cards Payment Center** **P.O. Box 182149** **Columbus, OH 43218-2149** | | | Representing: **Sears Gold Mastercard** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Credit Control, LLC** **5757 Phantom Dr** **Hazelwood, MO 63042** | | | Representing: **Sears Gold Mastercard** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Credit Control, LLC** **245 East Roselawn Suite 25** **Saint Paul, MN 55117** | | | Representing: **Sears Gold Mastercard** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **LVNV Funding LLC** **P.O. Box 10497** **Greenville, SC 29603** | | | Representing: **Sears Gold Mastercard** | | | | **Notice Only** |

Sheet no. __28__ of __31__ sheets attached to Schedule of    Subtotal    **0.00**
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**
    **Donna L. Kudlik**                                             Case No. _____

                                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sears** <br> **P.O. Box 6282** <br> **Sioux Falls, SD 57117-6282** | | | **Representing:** <br> **Sears Gold Mastercard** | | | | **Notice Only** |
| Account No. <br><br> **Valentine & Kebartas, Inc.** <br> **PO Box 325** <br> **Lawrence, MA 01842** | | | **Representing:** <br> **Sears Gold Mastercard** | | | | **Notice Only** |
| Account No. **xx0079** <br><br> **TeleGraphics** <br> **9703 Cary Avenue** <br> **Schiller Park, IL 60176** | X | H | | | | | **656.80** |
| Account No. **xxxxxx7789** <br><br> **US Bank** <br> **Oak Park Office** <br> **104 N. Oak Park Avenue** <br> **Oak Park, IL 60301** | X | J | Line of Credit | | | | **25,000.00** |
| Account No. <br><br> **US Bank** <br> **P.O. Box 790179** <br> **Saint Louis, MO 63179-0179** | | | **Representing:** <br> **US Bank** | | | | **Notice Only** |

Sheet no. __**29**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal          **25,656.80**
                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Randolph R. Kudlik,**                                          Case No. _____
         **Donna L. Kudlik**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2639** | | | **Credit Card** | | | | |
| **US Bank** **P.O. Box 108** **Saint Louis, MO 63166-9801** | X | H | | | | | 10,113.24 |
| Account No. | | | | | | | |
| **US Bank** **PO Box 709408** **Saint Louis, MO 63179-0408** | | | **Representing:** **US Bank** | | | | Notice Only |
| Account No. | | | | | | | |
| **US Bank** **Cardmember Services** **PO Box 6353** **Fargo, ND 58125-6353** | | | **Representing:** **US Bank** | | | | Notice Only |
| Account No. **xxxxxx652-Z** | | | | | | | |
| **Veolia Environmental Services** **c/o RMS** **4836 Brecksville Rd** **Richfield, OH 44286** | X | J | | | | | 1,111.61 |
| Account No. | | | | | | | |
| **Veolia Environmental Services** **4612 W. Lake Street** **Melrose Park, IL 60160** | | | **Representing:** **Veolia Environmental Services** | | | | Notice Only |

Sheet no. __**30**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                11,224.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Randolph R. Kudlik,**
      **Donna L. Kudlik**
                                                    ,

Case No. _____

                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8682**<br><br>WaMu/Chase<br>P.O. Box 78065<br>Phoenix, AZ 85062-8065 | X | H | | | | | 27,844.83 |
| Account No.<br><br>JPMorgan Chase & Co.<br>C/O CT Corporation System<br>208 S. LaSalle Street Suite 814<br>Chicago, IL 60604 | | | Representing:<br>WaMu/Chase | | | | Notice Only |
| Account No. **xxxxxx4597**<br><br>WAMU/Chase<br>P.O. Box 9001123<br>Louisville, KY 40290-1123 | X | H | | | | | 27,508.31 |
| Account No.<br><br>WaMU/Chase<br>P.O. Box 78065<br>Phoenix, AZ 85062-8065 | | | Representing:<br>WAMU/Chase | | | | Notice Only |
| Account No. **xxxxx88-IN**<br><br>Wipeco Inc.<br>855 N. Cicero Avenue<br>Chicago, IL 60651 | X | J | | | | | 35.17 |

Sheet no. __31__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
      (Total of this page)      **55,388.31**

                        Total
(Report on Summary of Schedules)      **690,881.24**

B6G (Official Form 6G) (12/07)

.

In re    **Randolph R. Kudlik,**                                                  Case No. _____
        **Donna L. Kudlik**

_____,
                                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **No Personal Leases** | **Randolph Kudlick signed several leases for Innovative Printing, Inc. but not in his individual name.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                       Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re     **Randolph R. Kudlik,**                                       Case No. _____
         **Donna L. Kudlik**

_____,
Debtors

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **AT&T Mobility**<br>**5020 Ash Grove Road**<br>**Springfield, IL 62711-6329** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Bank of the West**<br>**475 Sancome Street**<br>**San Francisco, CA 94111** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Cadore-Miller Printing**<br>**C/O PII Credit Bureau, Inc.**<br>**70 East Lake Street**<br>**Chicago, IL 60601** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Capiton One Bank**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197-6492** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Capital One Bank**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197-6492** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Charter One**<br>**P.O. Box 9665**<br>**Providence, RI 02940-9665** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Canon Business Solutions Central**<br>**C/O ChaetKaplanBaim Firm**<br>**30 North LaSalle Street Suite 1520**<br>**Chicago, IL 60602** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Comcast**<br>**1255 W. North Avenue**<br>**Chicago, IL 60622** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Comed**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **CommEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |

**2**

____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re   **Randolph R. Kudlik,**
        **Donna L. Kudlik**                                                    Case No. _____

                                                    _____,
                                                    Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Direct Capital Corporation**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Dolphin Capital Corporation**<br>**P.O. Box 644006**<br>**Cincinnati, OH 45264-4006** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Frank J. Baker & Co, Ltd**<br>**950 Lee Street Suite 101**<br>**Des Plaines, IL 60016** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Financial Pacific Leasing, LLC**<br>**P.O. Box 4568**<br>**Federal Way, WA 98063** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Five Point Capital**<br>**C/O Sterling Bank Leasing**<br>**P.O. Box 1570**<br>**New York, NY 10008-1570** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Greystone Equipment Financing**<br>**C/O 25 East Washington Suite 1000**<br>**Chicago, IL 60602** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Hinkley Springs**<br>**P.O. Box 660579**<br>**Dallas, TX 75266-0579** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Intra Cut Diecutting**<br>**5559 N. Northwest Highway**<br>**Chicago, IL 60630** |

Sheet __**1**__ of __**2**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **Randolph R. Kudlik,**                                    Case No. _____
          **Donna L. Kudlik,**

_____,
                            Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **K & M Printing Co**<br>**1410 North Meacham Road**<br>**Schaumburg, IL 60173** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Sam's Club**<br>**P.O. Box 530981**<br>**Atlanta, GA 30353-0981** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **TeleGraphics**<br>**9703 Cary Avenue**<br>**Schiller Park, IL 60176** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **US Bank**<br>**Oak Park Office**<br>**104 N. Oak Park Avenue**<br>**Oak Park, IL 60301** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **US Bank**<br>**P.O. Box 108**<br>**Saint Louis, MO 63166-9801** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Veolia Environmental Services**<br>**c/o RMS**<br>**4836 Brecksville Rd**<br>**Richfield, OH 44286** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **Wipeco Inc.**<br>**855 N. Cicero Avenue**<br>**Chicago, IL 60651** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **WaMu/Chase**<br>**P.O. Box 78065**<br>**Phoenix, AZ 85062-8065** |
| **Innovative Press Inc.**<br>**740 W. Belmont Avenue**<br>**Chicago, IL 60634** | **WAMU/Chase**<br>**P.O. Box 9001123**<br>**Louisville, KY 40290-1123** |

Sheet   __2__   of   __2__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Randolph R. Kudlik**
_____    Case No. _____
**Donna L. Kudlik**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**23** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales Person** | **Food Service** |
| Name of Employer | **M&M Graphics, Inc.** | **Resurection Health Care** |
| How long employed | **1.5 years** | **3 months** |
| Address of Employer | **P.O. Box 1242**<br>**Park Ridge, IL 60068** | **1700 E. Lake Street**<br>**Glenview, IL 60025** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **3,114.00** | $ | **1,517.23** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **3,114.00** | $ | **1,517.23** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **540.00** | $ | **215.00** |
| b. Insurance | $ | **0.00** | $ | **151.67** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **540.00** | $ | **366.67** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,574.00** | $ | **1,150.56** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): **Ebay Sales** | $ | **0.00** | $ | **500.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **500.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,574.00** | $ | **1,650.56** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **4,224.56** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Randolph R. Kudlik**
        **Donna L. Kudlik**                                    Case No. _____
_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,977.00 |
|   a. Are real estate taxes included?  Yes **X**   No ___ | | |
|   b. Is property insurance included?  Yes **X**   No ___ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 200.00 |
|           b. Water and sewer | $ | 75.00 |
|           c. Telephone | $ | 125.00 |
|           d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 0.00 |
|           b. Life | $ | 0.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 150.00 |
|           e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other   **Sallie Mae/Student Loans** | $ | 600.00 |
|     c. Other   **Personal Grooming** | $ | 25.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,352.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 4,224.56 |
| b.  Average monthly expenses from Line 18 above | $ | 4,352.00 |
| c.  Monthly net income (a. minus b.) | $ | -127.44 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Randolph R. Kudlik**
       **Donna L. Kudlik**
                           Debtor(s)

Case No. _____

Chapter    **7**_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **49**    
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 13, 2010**_____     Signature   **/s/ Randolph R. Kudlik**_____
                                                    **Randolph R. Kudlik**
                                                    Debtor

Date  **September 13, 2010**_____     Signature   **/s/ Donna L. Kudlik**_____
                                                      **Donna L. Kudlik**
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Randolph R. Kudlik**
      **Donna L. Kudlik**                                            Case No.

                                                  Debtor(s)            Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$25,000.00** | **2010 YTD: Both Gross Income** |
| **$31,503.00** | **2009: Both Gross Income** |
| **$1,751.00** | **2008: Both Gross Income** |
| **$5,052.73** | **2010 YTD: Wife Self-Employment Income/Ebay** |
| **$6,542.00** | **2009: Wife Self-Employment Income/Ebay** |
| **$9,477.00** | **2008: Wife Self-Employment Income/Ebay** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$259.00** | **2009: Both Interest / Dividends** |
| **$204.00** | **2008: Both Interest / Dividends** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Discover Bank vs. Randolph R. Kudlik 09 M1 194077** | **Suit for Money Damages** | **Cook County Circuit Court** | **Judgment entered on 4/6/10.** |
| **Bank of the West vs. Innovative Press, Inc. and Randolph Kudlik 09 L 236** | **Suit for Money Damages** | **Cook County Circuit Court** | |
| **Capitol One Bank vs. Kudlik 09 M1 210340** | **Suit for Money Damages** | **Cook County Circuit Court** | **Judgment Entered** |
| **Capitol One Bank vs. Kudlik 10 M1 102727** | **Suit for Money Damages** | **Cook County Circuit Court** | **Judgment Entered** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Financial Pacific Leasing, LLC vs. Innovative Press, Inc., Randolph Kudlik and Donna Kudlik 2009 L 004274** | **Suit for Money Damages** | **Cook Count Circuit Court** | **Judgment Entered** |
| **Greystone Equipment Finance vs. The Innovative Press, Inc. and Randlolph Kudlik** | **Suit for Money Damages** | **Cook County Circuit Court** | **Judgment Entered** |
| **HSBC Bank vs. Innovative Press, Inc. and Randolph Kudlik 2010-M1-129930** | **Suit for Money Damages** | **Cook County Circuit Court** | **Judgment Entered** |
| **Direct Capital vs. Fuller Grafix, Larry Fuller, Innovative Press, Inc. and Randolph Kudlik 2009-L-050318** | **Suit for Money Damages** | **Cook County Circuit Court** | **Dismissed for want of Prosecution** |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Captial One (2) and HSBC** | | **Attempted Wage Garnishment** |

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bach Law Offices**<br>**P.O. Box 1285**<br>**Northbrook, IL 60065** | | **$2,500.00** |

### 10. Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Ebay Online Sales** | **3312** | **616 S. Prospect Avenue Park Ridge, IL 60068** | **Ebay On Line Sales** | |
| **Innovative Press, Inc.** | **36-2942782** | **7450 West Belmont Chicago, IL 60634** | **Printing** | **7/1977 to 12/2008** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 13, 2010**              Signature  **/s/ Randolph R. Kudlik**
                                                     **Randolph R. Kudlik**
                                                     Debtor


Date  **September 13, 2010**              Signature  **/s/ Donna L. Kudlik**
                                                     **Donna L. Kudlik**
                                                     Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Randolph R. Kudlik**
**Donna L. Kudlik**

Case No. _____

Chapter **7**

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| Creditor's Name: | Describe Property Securing Debt: |
| --- | --- |
| Chase Home Finance, LLC | 616 S. Prospect Avenue, Park Ridge, Illinois |

Property will be (check one):

☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Debtor will retain collateral and continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt             ☐ Not claimed as exempt

---

**Property No. 2**

| Creditor's Name: | Describe Property Securing Debt: |
| --- | --- |
| Chase Home Finance, LLC | 616 S. Prospect Avenue, Park Ridge, Illinois |

Property will be (check one):

☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Debtor will retain collateral and continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt             ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer** | **Describe Property Securing Debt:**<br>**616 S. Prospect Avenue, Park Ridge, Illinois** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   **Debtor will retain collateral and continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **September 13, 2010**      Signature    **/s/ Randolph R. Kudlik**

                                                      **Randolph R. Kudlik**
                                                      Debtor

Date   **September 13, 2010**      Signature    **/s/ Donna L. Kudlik**

                                                      **Donna L. Kudlik**
                                                      Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Randolph R. Kudlik**
      **Donna L. Kudlik**

                             Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.   $ **299.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 13, 2010**

                                 **/s/ Paul M. Bach**
                                 **Paul M. Bach 06209530**
                                 **Bach Law Offices**
                                 **P.O. Box 1285**
                                 **Northbrook, IL 60065**
                                 **(847) 564-0808  Fax: (847) 564-0985**
                                 **paul@bachoffices.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective december 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy
Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes
briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of
bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General
may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an
attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that
you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in
your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists
the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed
from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse
receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy
relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and
provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The
briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be
provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The
clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a
joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management
instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management
instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose
debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to
proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases,
the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court
dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take
possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have
committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the
purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be
responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement
obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your
bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated
from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and
malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee,
### $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Randolph R. Kudlik**
        **Donna L. Kudlik**

Case No. _____

Chapter    **7**

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

     I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition
Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X _____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Randolph R. Kudlik**
**Donna L. Kudlik**
_____
Printed Name(s) of Debtor(s)

X **/s/ Randolph R. Kudlik**
_____
Signature of Debtor

**September 13, 2010**
Date

_____
Case No. (if known)

X **/s/ Donna L. Kudlik**
_____
Signature of Joint Debtor (if any)

**September 13, 2010**
Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Randolph R. Kudlik**
**Donna L. Kudlik**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **153**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 13, 2010**                    **/s/ Randolph R. Kudlik**
                                                **Randolph R. Kudlik**
                                                Signature of Debtor

Date:  **September 13, 2010**                    **/s/ Donna L. Kudlik**
                                                **Donna L. Kudlik**
                                                Signature of Debtor

ABT TV/GEMB
GE Money Bank
P.O. Box 960061
Orlando, FL 32896


Accounts Receivable MG
155 Mid Atlantic Parkway
Thorofare, NJ 08086


Accounts Receivable MG
P.O. Box 561
Thorofare, NJ 08086-0561


Ambit Energy
P.O. Box 660462
Dallas, TX 75266


Askounis & Darcy, P.C.
401 N. Michigan Avenue Suite 550
Chicago, IL 60611


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046


Associated Recovery Systems
P.O. Box 1259
Oaks, PA 19456


AT & T Mobility
P.O. Box 6428
Carol Stream, IL 60197-6428


AT & T Mobility
5020 Ash Grove Road
Springfield, IL 62711-6329


AT&T
PO Box 8100
Aurora, IL 60507


AT&T Mobility
5020 Ash Grove Road
Springfield, IL 62711-6329

AT&T Mobility
P.O. Box 6428
Carol Stream, IL 60197-6428

Baker, Miller, Markoff & Krasny, LL
29 N. Wacker Dr, 5th Flor
Chicago, IL 60606

Bank of the West
475 Sancome Street
San Francisco, CA 94111

Blatt Hasenmiller
125 S WACKER DR #400
Chicago, IL 60606

CAC Financial
2601 NW Expressway, Suite 1000 East
Oklahoma City, OK 73112-7236

Cadore-Miller Printing
C/O PII Credit Bureau, Inc.
70 East Lake Street
Chicago, IL 60601

Canon Business Solutions Central
C/O ChaetKaplanBaim Firm
30 North LaSalle Street Suite 1520
Chicago, IL 60602

Capital Management Services LP
726 Exchange Street Suite 700
Buffalo, NY 14210

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
P.O. Box 70886
Charlotte, NC 28272-9903

Capital One Bank
P.O. Box 6492
Carol Stream, IL 60197-6492

Capitol One Bank
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capiton One Bank
P.O. Box 6492
Carol Stream, IL 60197-6492


Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337


Charter One
P.O. Box 9665
Providence, RI 02940-9665


Charter One
P.O. Box 18920
Bridgeport, CT 06601-8290


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Home Finance
P.O. Box 78420
Phoenix, AZ 85062-8420


Chase Home Finance
P.O. Box 9001871
Louisville, KY 40290-1871


Chase Home Finance
3415 Vision Drive
Columbus, OH 43219


Chase Home Finance, LLC
C/O C T CORPORATION SYSTEM
208 S. LaSalle St., Suite 814
Chicago, IL 60604

ChexSystems
Attn Consumer Relations
7805 Hudson Road Suite 100
Saint Paul, MN 55125


Citi
P.O. Box 6286
Sioux Falls, SD 57117


Citi Cards
PO Box 6415
The Lakes, NV 88901


Citi Cards
P.O. Box 688901
Des Moines, IA 50368-8901


Citi Cards
P.O. Box 6000
The Lakes, NV 89163-6000


Citi Cards Payment Center
P.O. Box 182149
Columbus, OH 43218-2149


CollectCorp
P.O. Box 101928
Birmingham, AL 35210-1928


CollectCorp Corporation
455 North 3rd Street, Suite 260
Phoenix, AZ 85004-3924


Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540-5013


Comcast
1255 W. North Avenue
Chicago, IL 60622


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Comed
P.O. Box 6111
Carol Stream, IL 60197-6111


CommEd
Bill Payment Center
Chicago, IL 60668-0001


Cook County Treasurer
118 N. Clark
Chicago, IL 60602


COSTON & RADEMACHER
105 W. Adams #1400
Chicago, IL 60603


Credit Control, LLC
5757 Phantom Dr
Hazelwood, MO 63042


Credit Control, LLC
245 East Roselawn Suite 25
Saint Paul, MN 55117


Credit Protection Association
13355 Noel Road
Dallas, TX 75240


Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044


Delinquency Prevention Services,Inc
223 W. Jackson Blvd.
Chicago, IL 60606


Dell
Dept50-0049111670
PO Box 9020
Des Moines, IA 50368


Dell Financial
PO Box 81577
Austin, TX 78708-1577

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292


Diagnstic Imaging Assoc
P.O. Box 68
Northbrook, IL 60065-0068


Direct Capital Corporation
155 Commerce Way
Portsmouth, NH 03801


Discover
P.O. Box 6103
Carol Stream, IL 60197-6103


Discover Card
P.O. Box 30395
Salt Lake City, UT 84130-0395


Dolphin Capital Corporation
P.O. Box 644006
Cincinnati, OH 45264-4006


Ellen Michele Stern
17630 El Mineral Rd
Perris, CA 92570


Encore Receivable Management Inc
P.O. Box 3330
Olathe, KS 66063-3330


Encore Receivables
400 North Rogers Road
Olathe, KS 66062


Equifax Information Services
P.O. Box 740256
Atlanta, GA 30374


Experian
P.O. Box 2002
Allen, TX 75013

Financial Pacific Leasing,
Dep 354
P.O. Box 34935
Seattle, WA 98124-1935


Financial Pacific Leasing, LLC
P.O. Box 4568
Federal Way, WA 98063


Firstsource
205 Bryant Woods South
Buffalo, NY 14228


FirstSource Advantage LLC
P.O. Box 628
Buffalo, NY 14240-0628


Five Point Capital
C/O Sterling Bank Leasing
P.O. Box 1570
New York, NY 10008-1570


Five Point Capital
10525 Vista Sorrento Pkwy
San Diego, CA 92121


Frank J. Baker & Co, Ltd
950 Lee Street Suite 101
Des Plaines, IL 60016


GC Services Limited Partnership
PO Box 2667
Houston, TX 77252-2667


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


GE Money Bank
P.O. Box 981127
El Paso, TX 79998-1127


GE Money Bank
P.O. Box 981438
El Paso, TX 79998-1438

GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061


GE Money Bank
P.O. Box 960001
Orlando, FL 32896-0001


GECC
C/O Jacob Collection Group, LLC
2623 West Oxford Loop
Oxford, MS 38655-5442


Greystone Equipment Finance
654 Amherst Road Suite 334
Sunderland, MA 01375


Greystone Equipment Financing
C/O 25 East Washington Suite 1000
Chicago, IL 60602


Hinkley Springs
P.O. Box 660579
Dallas, TX 75266-0579


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029


Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100


ICS Collection Service
PO Box 1010
Tinley Park, IL 60477-9110


Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477-9110


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794

Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph Street
Chicago, IL 60606


Innovative Press Inc.
740 W. Belmont Avenue
Chicago, IL 60634


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Intra Cut Diecutting
5559 N. Northwest Highway
Chicago, IL 60630


Jacob Collection Group, LLC
P.O. Box 948
Oxford, MS 38655-5442


JC Penny
P.O. Box 960090
Orlando, FL 32896-0090


JCPenney
PO Box 981131
El Paso, TX 79998-1131


Josephine Verdone
7450 W. Belmont Avenue
Chicago, IL 60634


JPMorgan Chase & Co.
C/O CT Corporation System
208 S. LaSalle Street Suite 814
Chicago, IL 60604


Juniper
Card Services
PO Box 8833
Wilmington, DE 19899-8833

K & M Printing Co
1410 North Meacham Road
Schaumburg, IL 60173


Law Offices of Deborah S. Ashen
217 North Jefferson Street # 600
Chicago, IL 60611


LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603


Macy's
P.O. Box 689195
Des Moines, IA 50368-9195


Macy's
P.O. Box 689195
West Des Moines, IA 50398-9195


MASUDA FUNAI EIFERT
203 N. LaSalle Street
Chicago, IL 60601


Mercantile
P.O. Box 9016
Buffalo, NY 14231-9016


Merchants Credit Guide Co
P.O. Box 1259
Oaks, PA 19456


Merchants Credit Guide Co
223 W. Jackson Blvd
Chicago, IL 60606


Midland Credit Managment, Inc.
Illinois Corporation Servcie
801 Adlai Stevenson Drive
Springfield, IL 62703


Midland Credit Managment, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850-5889


NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850-5740


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Neuheisel Law Firm, P.C.
64 East Broadway Road Suite 245
Tempe, AZ 85282-1355


No Personal Leases


Nordstrom
P.O. Box 79134
Phoenix, AZ 85062-9134


Nordstrom FSB
Attn: Bankruptcy Department
PO Box 6566
Englewood, CO 80155


Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


Northwest Orthopaedic Assoc
7447 W. Talcott  500
Chicago, IL 60631


Parkside Imaging
400 W. Higgins
Park Ridge, IL 60068


Pentagroup Financial, LLC
5959 Corporate Dr, Suite 1400
Houston, TX 77036

PMRC Services LLC
1875 Dempster Suite G06
Park Ridge, IL 60068-1115


Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541


Redline Recovery Services, LLC
6201 Bonhomme Street
Suite 100S
Houston, TX 77036


Redline Recovery Services, LLC
11675 Rainwater Drive Suite 350
Alpharetta, GA 30009-8693


Remitco Card Services
Lock Box 913337
2080 Cabot Boulevard West
Langhorne, PA 19047


Resurection Health Care
7435 West Talcott Avenue
Chicago, IL 60631


Robbins, Salomon & Patt, Ltd
25 East Washington Street Suite 100
Chicago, IL 60602


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500


Sallie Mae
11100 USA PKWY
Fishers, IN 46037


Sam's Club
P.O. Box 530942
Atlanta, GA 30353


Sam's Club
P.O. Box 530981
Atlanta, GA 30353-0981

Sam's Club
P.O. Box 981064
El Paso, TX 79998


Sears
P.O. Box 6282
Sioux Falls, SD 57117-6282


Sears Gold Mastercard
P.O. Box 183082
Columbus, OH 43218-3082


Tate & Kirlin Assoc
2810 Southhampton Rd
Philadelphia, PA 19154


TeleGraphics
9703 Cary Avenue
Schiller Park, IL 60176


TransUnion
P.O. Box 2000
Crum Lynne, PA 19022


Transworld Systems Inc.
P.O. Box 1864
Santa Rosa, CA 95402


Transworld Systems, Inc.
25 Northwest Point Blvd #750
Elk Grove Village, IL 60007


US Bank
Oak Park Office
104 N. Oak Park Avenue
Oak Park, IL 60301


US Bank
P.O. Box 108
Saint Louis, MO 63166-9801


US Bank
P.O. Box 790179
Saint Louis, MO 63179-0179

US Bank
PO Box 709408
Saint Louis, MO 63179-0408


US Bank
Cardmember Services
PO Box 6353
Fargo, ND 58125-6353


Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842


Valentine & Kebartas, Inc.
P.O. Box 5804
Troy, MI 48007-5804


Van Ru Credit Corporation
1350 E. Touhy Ave
Suite 100e
Des Plaines, IL 60018-3307


Van Ru Credit Corporation
P.O. Box 46549
Chicago, IL 60646-0549


Veolia Environmental Services
c/o RMS
4836 Brecksville Rd
Richfield, OH 44286


Veolia Environmental Services
4612 W. Lake Street
Melrose Park, IL 60160


WaMu/Chase
P.O. Box 78065
Phoenix, AZ 85062-8065


WAMU/Chase
P.O. Box 9001123
Louisville, KY 40290-1123

```
Wipeco Inc.
855 N. Cicero Avenue
Chicago, IL 60651
```

## Disclosure Pursuant to 11 U.S.C. §527(a)(2)

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

Date __**September 13, 2010**__          Signature   **/s/ Randolph R. Kudlik**
                                                     **Randolph R. Kudlik**
                                                     Debtor


Date __**September 13, 2010**__          Signature   **/s/ Donna L. Kudlik**
                                                     **Donna L. Kudlik**
                                                     Joint Debtor

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

Date  **September 13, 2010**        Signature  **/s/ Randolph R. Kudlik**
                                                **Randolph R. Kudlik**
                                                Debtor

Date  **September 13, 2010**        Signature  **/s/ Donna L. Kudlik**
                                                **Donna L. Kudlik**
                                                Joint Debtor